1  Tionna Dolin (SBN 299010)
   tdolin@slpattorney.com
2  STRATEGIC LEGAL PRACTICES
   A PROFESSIONAL CORPORATION
3  1840 Century Park East, Suite 430
   Los Angeles, CA 90067
4  Telephone: (310) 929-4900
   Facsimile: (310) 943-3838
5
   Attorneys for Plaintiff SHAWN P. MULEADY
6

7
                    **UNITED STATES DISTRICT COURT**
8
        **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
9

10 | SHAWN P. MULEADY,                          | Case No.: 2:20-cv-2666 -TJH |

11 |                                            | Judge Terry J. Hatter, Jr. |
   |                Plaintiff,                   | Magistrate Judge Patrick J. Walsh |
12
13 |        vs.                                 | Courtroom: 9B |

   |                                            | Date: May 18, 2020 |
14 | FCA US, LLC; PREMIER CHRYSLER              | Time: UNDER SUBMISSION |
15 | DODGE JEEP RAM BUENA PARK; and             |
   | DOES 1 through 10, inclusive,              | **ORDER GRANTING PLAINTIFF'S** |
16 |                                            | **MOTION TO REMAND [9]** |

17 |                Defendants.                  | [Concurrently filed with Plaintiff's |
   |                                            | Notion of Motion to Remand; Plaintiff's |
18 |                                            | Memorandum of Points and Authorities |
   |                                            | In Support of Plaintiff's Motion to |
19 |                                            | Remand; and Declaration of Tionna |
   |                                            | Dolin In Support Of Plaintiff's Motion to |
20 |                                            | Remand] |

21 |                                            | Demand for Jury Trial |
22
23
24
25
26
27
28

---

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

1    Plaintiff SHAWN P. MULEADY's Motion to Remand ("Motion") came for a

2  hearing on May 18, 2020. After hearing all the arguments of counsel, and considering

3  the papers submitted in support of and in opposition to the Motion, and good cause

4  appearing, IT IS ORDERED THAT Plaintiff's Motion be granted in its entirety. This

5  action is hereby remanded to the Superior Court of the State of California for the

6  County of Los Angeles.

7    IT IS SO ORDERED.

8

9  DATED:  May 5, 2020

   _____

10                                Hon. Terry J. Hatter, Jr.
                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

2:20-cv-2666

1